**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
700 S. FLOWER STREET, SUITE 1950
LOS ANGELES, CA  90017
TELEPHONE (213) 996-4400  FAX (213) 996-4426

**BANKRUPTCY PAYMENT ADDRESS**
**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 691**
**MEMPHIS, TN 38101-0691**

### DEBTOR'S STATUS REPORT AND NOTICE OF INTENT TO PAY CLAIMS AS OF MARCH  31, 2011
### SANDRA CARDENAS

### Case Number LA09-36926-EC

SANDRA CARDENAS
1769 E 84TH STREET
LOS ANGELES, CA  90001

## IMPORTANT - Bankruptcy Court Requirements

**Income Tax Returns:** The Bankruptcy Court has ordered you to send a copy of your tax returns to the Chapter 13 Trustee.  Please mail a copy of your tax returns to the Chapter 13 Trustee Office within 10 days of mailing them to the Internal Revenue Service.

### YOUR BANKRUPTCY PAYMENTS AS OF MARCH  31, 2011 ARE $4,800.00

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/09 | $300.00 | 12/8/09 | $300.00 | 1/19/10 | $300.00 | 2/18/10 | $300.00 | 3/9/10 | $300.00 |
| 4/1/10 | $300.00 | 6/2/10 | $300.00 | 7/2/10 | $300.00 | 8/3/10 | $300.00 | 9/7/10 | $300.00 |
| 10/1/10 | $300.00 | 11/2/10 | $300.00 | 12/1/10 | $300.00 | 1/5/11 | $300.00 | 2/1/11 | $300.00 |
| 3/7/11 | $300.00 | | | | | | | | |

### AS OF MARCH  31, 2011, YOUR BANKRUPTCY PAYMENTS  ARE DELINQUENT BY $300.00

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: L BISHOP AUSTIN & ASSOCIATES  213-388-4939.
For Online Access to your Case Information, go to: www.13datacenter.com

# NOTICE OF INTENT TO PAY CLAIMS
## CLAIMS AND DISBURSEMENT REPORT AS OF MARCH 31, 2011

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan. **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim. In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney. **If you fail to object to the proof of claim within thirty days of the filing of the proof of claim, the Chapter 13 Trustee will disburse on the claim.**

*Interest, late claims or other variables may affect the total amount paid to creditors.

### AS OF MARCH 31, 2011, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $4,500.00

| Claim # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|
| DREF | SANDRA CARDENAS | | | | | $0.00 | |
| ATTY | L BISHOP AUSTIN & ASSOCIATES | **ATTORNEY FEE** | $3,500.00 | $3,500.00 | | $3,500.00 | |
| 00001 | AURORA LOAN SERVICES LLC<br>Filed: 10/29/09 | **PRINCIPAL RESIDENCE** | $10,000.00 | $39,968.32 | | $652.00 | |
| 00002 | RJM ACQUISITIONS LLC<br>Filed: 10/19/09 | **UNSECURED** | $0.00 | $30.60 | | | |
| TTE | Trustee Fee | | | | | $348.00 | |

### AS OF MARCH 31, 2011, YOUR BANKRUPTCY PLAN MAY BE INFEASIBLE

**If you have any questions regarding your Debtor Status Report, please consult your attorney.**
**Your Attorney is: L BISHOP AUSTIN & ASSOCIATES  213-388-4939.**
**For Online Access to your Case Information, go to: www.13datacenter.com**

# DEBTOR CHANGE OF INFORMATION FORM

Please Complete and Sign this Form if the following Information Changed.

**SANDRA CARDENAS**

**LA09-36926-EC**

| Change of Name | |
|---|---|
| **Change of Address** | |
| **Change of Phone Numbers** | Home / Work / Cell |
| **Change of Employer** <br> New Employer Name <br> Address <br> Phone Number | |

The undersigned debtor(s) declares under penalty of perjury under the laws of the State of California that the above information is true and correct.

**Debtor's Signature** _____ Date_____

**Co- Debtor's Signature** _____ Date_____

**FAX THIS FORM TO: (213) 996-4426**
**or EMAIL THIS FORM TO:** mycase@ch13la.com

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: L BISHOP AUSTIN & ASSOCIATES  213-388-4939.
For Online Access to your Case Information, go to: www.13datacenter.com